IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al*., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | CIVIL ACTION |
| RUANE CONSTRUCTION, INC., an Illinois corporation, a/k/a RUANE CONSTRUCTION SERVICES, INC., an Illinois corporation, | ) | NO. 26 C 6665 |
| | ) | JUDGE JEFFREY I. CUMMINGS |
| MARK T. RUANE, an individual, | ) | |
| Defendants. | ) | |

**OPPOSED MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendants, RUANE CONSTRUCTION, INC., an Illinois corporation, a/k/a RUANE CONSTRUCTION SERVICES, INC., an Illinois corporation, and MARK T. RUANE, an individual, in the total amount of $213,308.17, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,126.50.

On June 17, 2026, the Summons and Complaint was served on Registered Agent Paul Brocksmith (by tendering a copy to Attorney Charles Alexander) at his place of business (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant Ruane Construction, Inc., a/k/a Ruane Construction Services, Inc.'s answer was due on July 8, 2026. As Defendant Ruane Construction, Inc., a/k/a Ruane Construction Services, Inc. has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

Pursuant to this Court's Motion Practice rules, on September 16, 2026, Plaintiffs' counsel sent an e-mail to attorney of record, Paul Brocksmith, and asked him to confirm whether he objected to the Plaintiffs' Motion for Entry of Default and Judgment. To date, Defendant's counsel has not responded to said e-mail. For good measure, Plaintiffs' counsel indicated in the Motion heading that the Motion is opposed. At this time, Plaintiffs' counsel has had no indication that Defendant intends to file a written response to the Motion.

/s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 1825
Chicago, IL 60606-5250
Bar No.: 6204026
Telephone: 312/216-2565
Facsimile: 312/236-0241
E-Mail: cchapman@baumsigman.com

i:\fvcwj\ruane construction\#31560\motion for entry of default and judgment.cmc.df.docx